**Jose CRUZ MALDONADO;
et al., Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 08–74095.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 3, 2010.

Jose Cruz Maldonado, King City, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Maribel Mendoza–Perez, King City, CA, pro se.

OIL, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Jose Cruz Maldonado and Maribel Mendoza–Perez, natives and citizens of Mexico, petition pro se for review of the decision of the Board of Immigration Appeals summarily affirming the immigration judge's denial of their application for cancellation of removal relief based on their failure to establish the requisite hardship to their United States citizen children.

Petitioners contend that the agency erred in denying their cancellation application because their United States citizen children will experience hardship if they were to move to Mexico with their parents. We lack jurisdiction to review the IJ's discretionary hardship determination. *See Mendez–Castro v. Mukasey,* 552 F.3d 975, 980 (9th Cir.2009); *see also Romero–Torres v. Ashcroft,* 327 F.3d 887, 891 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.